

Search | Contact Us | Help | About | Site Map | Legal | Privacy

Home > Becoming a Fannie Mae Customer

## Becoming a Fannie Mae Customer



**Path to Approval Toolkit**
**New!** The Path to Approval Toolkit helps prospective Fannie Mae Seller/Servicers determine if they qualify to sell loans directly to Fannie Mae and to prepare for the approval process.
Access Toolkit

### Single-Family Lender Approval

Doing business with Fannie Mae - whether you sell loans for cash or pool loans into Mortgage-Backed Securities - can increase your company's profitability, ensure liquidity, and reduce risk.

More than 2,650 lending institutions - including mortgage companies, thrifts, banks, and credit unions - are approved to do business with us in the secondary mortgage market. These lenders benefit from access to:

- our innovative loan products and features,
- state-of-the-art technology solutions,
- training opportunities, and
- industry professionals dedicated to the highest level of customer support.

Below we provide information regarding our approval process for single-family lending institutions.

### How do I know if my institution is ready?
If you represent a lending institution that wishes to become a Fannie Mae seller/servicer, our Path to Approval Toolkit makes the approval process faster and easier.

1. Self-Assessment Tutorial

   Complete this self-assessment tutorial to gauge your readiness. If you answer "YES" to all questions we encourage you to review the Path to Approval Toolkit (PDF) below.

2. Path to Approval Toolkit

   Preview the Path to Approval Toolkit for details about the requirements and application process to become a Fannie Mae Seller/Servicer.

   Review the Toolkit to determine your eligibility and access the online application.

### Additional Approvals
Existing customers can also request approval to deliver additional loan types (second, rehabilitation, and cooperative mortgages) to Fannie Mae.

### For More Information
If you are a lending institution with questions about how to become an approved Fannie Mae single-family lender, e-mail our lender approval team or call our Lender Support Hotline at 1-888-FANNIE8 (1-888-326-6438) option 5.
E-Mail Lender Approval Team

**Multifamily Business**
Did you know that Fannie Mae provides multifamily financing for affordable and market-rate rental housing? We operate nationally, in all multifamily markets, and under all economic conditions.
Learn More

Visit our corporate site, www.fanniemae.com.

© 2001-2011 Fannie Mae. All Rights Reserved.



EXHIBIT