

The Fannie Mae Loan Lookup enables mortgage borrowers to quickly determine if Fannie Mae owns their loan by providing a street address, unit, city, state, and code.

**Street Address ***
3700 SW Nottingham Road

**Unit**

**City**
TOPEKA

**State**
KS

**Zip Code ***
66610

☐ * I confirm that I am the owner of this property, or have the consent of the owner to look up this information.

* Required Fields

nittart chondria

Type the two words:

[ Get Results ]



**888-995-HOPE**
Homeowner's HOPE™ Hotline
888-995-HOPE (4673)
877-304-9709 TTY

If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner HOPE™ Hotline at 1-888-995-HOPE (4673) or via a TTY at 877-304-9709. The Hotline can help with questions about the p and offers free HUD-certified counseling services in English, Sp and other languages.

### Know Your Options - Avoid Foreclosure

Learn more about avoiding foreclosure and hov can have a more informed discussion with your mortgage company.

**Visit: KnowYourOptions.com**

### Match Found.

Based on the property information entered, it appears Fannie Mae owns a loan at this address.

A "Match Found" status does not guarantee or imply that you will qualify for a Making Home Affordable refinance or modification.

If you're interested in a refinance, please contact your mortgage lender or servicer (the organization to whom you make your monthly mortgage payments) to confirm these results and ask about the Home Affordable Refinance Plus program.

You can find more information at **MakingHomeAffordable.gov**.

View **Frequently Asked Questions** for this Loan Lookup tool.

Thank you for contacting Fannie Mae.

The Fannie Mae Loan Lookup is provided as a convenience for borrowers. Fannie Mae makes no representation, warranty, or guarantee regarding the accuracy or completeness of the results. A search that results in a "Match Found" status does not guarantee or imply that you will qualify for a Making Home Affordable refinance or modification. Information that does not match our records exactly may return inaccurate results. You should contact your mortgage lender to verify these results.

For information about the use of our site and our privacy policy, **see Legal Information**. **Click here for FAQs**.

- © 2010 Fannie Mae

- **FAQ** |
- **Site Map** |
- **Privacy** |
- **Legal**

EXHIBIT